# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND SERRATO, JR., | CASE NO. 1:10-cv-168-LJO-MJS (PC) |
|         Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING |
|   v. | MOTION FOR PRELIMINARY INJUNCTION |
| B. DOWLING, et al., | (ECF Nos. 9 & 11) |
|         Defendants. | |

_____/

Plaintiff Raymond Serrato, Jr., a former state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 27, 2010, the Magistrate Judge filed a Findings and Recommendation recommending that Plaintiff's Motion for Preliminary Injunction be denied. (ECF No. 11.) Plaintiff was ordered to file any objections within thirty days.

More than thirty days have passed and no objections have been filed. In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. Accordingly, IT IS HEREBY ORDERED that:

1.    The Findings and Recommendation, filed December 27, 2010, is adopted in full;

2.    Plaintiff's Motion for Preliminary Injunction is DENIED.

IT IS SO ORDERED.

**Dated:   February 5, 2011**           **/s/ Lawrence J. O'Neill**
                                 UNITED STATES DISTRICT JUDGE

1